UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : CR. NO. 3:24-CR-180 <br> v. : <br> : <br> JUSTIS SHEA, : (Judge Munley) <br> JEREMY SHEA, : <br> CINDY SHEA, and : <br> KRYSTY HORTER : <br> Defendants. : | |

FILED
SCRANTON
DEC 17 2024
PER ___JLC___
DEPUTY CLERK

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. §846
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From on or about April 23, 2022, and continuing to on or about July 9, 2024, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

JUSTIS SHEA,
JEREMY SHEA,
CINDY SHEA,
and KRYSTY HORTER,

did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand

Jury, to commit the following offenses against the United States: to knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, fentanyl, a Schedule II controlled substance, and a synthetic cannabinoid MDMB-4en-PINACA, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Controlled Substances)

On or about June 23, 2024, in Luzerne County, within the Middle District of Pennsylvania, the defendants,

**JUSTIS SHEA,
JEREMY SHEA,
CINDY SHEA,
and KRYSTY HORTER,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a synthetic cannabinoid MDMB-4en-PINACA, a Schedule I controlled substance, and did aid and abet the

same.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
18 U.S.C. § 933(a)(3)
(Firearms Trafficking Conspiracy)

From on or about April 1, 2022, to about July 9, 2024, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**JUSTIS SHEA,
JEREMY SHEA,
CINDY SHEA,
and KRYSTY HORTER,**

did knowingly conspire and agree with person known and unknown to the Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms in or affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the intended recipient or recipients would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

3

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 4</u>
18 U.S.C. §1512(c)(1)
(Obstruction of Justice)

On or about June 23, 2024, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**JUSTIS SHEA,
JEREMY SHEA,
CINDY SHEA,
and KRYSTY HORTER,**

did corruptly alter, destroy, mutilate, and conceal objects, namely firearms and a mixture or substance containing a quantity of fentanyl, a Schedule II controlled substance, and a synthetic cannabinoid MDMB-4en-PINACA, a Schedule I controlled substance, with the intent to impair the objects' integrity and availability for use in an official proceeding, and did aid and abet the same, removing the objects from a hotel room in Luzerne County, Pennsylvania, and distributing or attempting to distribute them to persons known and unknown to the Grand Jury, and did aid and abet the same.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 2.

## THE GRAND JURY FURTHER CHARGES:

**COUNT 5**
18 U.S.C. §1512(k)
(Conspiracy to Obstruct Justice)

On or about June 23, 2024, in Luzerne County, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**JUSTIS SHEA,
JEREMY SHEA,
CINDY SHEA,
and KRYSTY HORTER,**

did conspire to corruptly alter, destroy, mutilate, and conceal objects, namely firearms and a mixture or substance containing a quantity of fentanyl, a Schedule II controlled substance, and a synthetic cannabinoid MDMB-4en-PINACA, a Schedule I controlled substance, with the intent to impair the objects' integrity and availability for use in an official proceeding.

In violation of Title 18, United States Code, Section 1512(k).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
18 U.S.C. §922(g)(1)
(Felon in Possession of a Firearm)

From on or about May 1, 2024, to on or about July 2, 2024, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**JUSTIS SHEA,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Smith & Wesson M&P 15 rifle, Serial Number TK54635, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 1, 2024, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

## JUSTIS SHEA,

did knowingly possess a firearm, namely, a Smith & Wesson M&P 15 rifle, Serial Number TK54635, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the distribution of a controlled substance, in violation of 21, U.S.C. Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 7 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, 841, Title 18, United States Code, Section 922(g), and Section 924(c) the defendants,

> JUSTIS SHEA,
> JEREMY SHEA,
> CINDY SHEA,
> and KRYSTY HORTER,

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of said offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses; and any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the

following:

    a.    a Taurus G2C .40 S & W handgun, Serial Number ADB953938.

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████████
FOREPERSON

_/s/_
JAMES M. BUCHANAN
Assistant United States Attorney

12-17-2024
Date